No. 527. COMPANIA ANONIMA VENEZOLANA DE NAVE-GACION *v.* A. J. PEREZ EXPORT CO. ET AL. C. A. 5th Cir. Certiorari denied. *James J. Morrison* for petitioner. *Samuel C. Gainsburgh* and *Raymond H. Kierr* for respondents.

No. 472. OVE GUSTAVSSON CONTRACTING CO., INC., *v.* BROWNE & BRYAN LUMBER CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Anthony B. Cataldo* for petitioner. *Philip G. Fitz* and *William V. Homans* for Browne & Bryan Lumber Co., Inc., respondent.

No. 358, Misc. Fox *v.* MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied. Petitioner *pro se. Edward J. McCormack, Jr.,* Attorney General of Massachusetts, and *Robert J. DeGiacomo,* Assistant Attorney General, for respondent.

No. 586, Misc. AKERS *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 645, Misc. DAVIS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 652, Misc. HENDERSON *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *A. P. Tureaud* for petitioner.

No. 330. CITIZENS UTILITIES CO. OF CALIFORNIA *v.* SUPERIOR COURT OF CALIFORNIA FOR SACRAMENTO COUNTY ET AL., *ante,* p. 67. Petition for rehearing denied.